This is a proceeding by the United States Government to take for the public use approximately 2877.37 acres of land in Harris County, Texas, consisting of approximately 71 separate tracts or parcels. The Commissioners appointed to find and report the value of the land so taken (Articles 3264 to 3271, Vernon's Annotated Civil Statutes of Texas) have reported on each tract, and exceptions have been filed to their report on approximately half of the tracts, making necessary trials either with or without a jury on the issue of value. Laura S. Wood and Forest Edmond Wood, claiming to be the owners of one tract (BR-58), have filed application for a separate trial as to that tract.

**UNITED STATES v. 2877.37 ACRES OF LAND IN HARRIS COUNTY, TEX.,**
**et al.**

**Civil Action No. 687.**

District Court, S. D. Texas,
Houston Division.

June 28, 1943.

Douglas W. McGregor, U. S. Atty., and Brian S. Odem, Sp. Asst. U. S. Atty., both of Houston, Tex., for plaintiff.

W. J. Knight, of Houston, Tex., for defendant Willene Compton.

Monroe Chapman, of Orange, Tex., and Sewall Myer, of Houston, Tex., for de-

546

fendants executors of estate of Carrie L. Brown, et al.

Sewall Myer, of Houston, Tex., for defendants Tim Miles, et al. and Lydia G. Marquart, executrix, et al.

KENNERLY, District Judge.

In this case (a suit to take for the public use certain lands), Willene Compton, the executors of the estate of Carrie L. Brown, deceased, et al., Tim Miles, et al., and Lydia G. Marquart, executrix, et al., owners of tracts or parcels of such land, have each filed a motion for a separate trial on their exceptions to the report of the Commissioners fixing the value of their tracts. Their motions are substantially similar to the motion of Laura S. Wood and Forest Edmond Wood, filed in this case and disposed of June 25, 1943. D.C., 50 F.Supp. 544.

■ Their position on the law is substantially the same as that taken by Laura S. Wood and Forest Edmond Wood, except that they insist that this proceeding is governed by the Act of April 24, 1888, 25 Stat. 94, Section 591, Title 33 U.S.C.A., instead of the later Act of August 1, 1888, 25 Stat. 357, Sections 257 and 258, Title 40 U.S.C.A. I think it perfectly plain that the Act of August 1, 1888, superseded the Act of April 24, 1888, and is controlling.

■ For the reasons set forth in the opinion of June 25, 1943, disposing of the motion of Laura S. Wood and Forest Edmond Wood, the motions are denied.